# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 18, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145557(54)


ANDRIE, INC.,
       Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
       Defendant-Appellant.
_____

SC: 145557
COA: 301615
Court of Claims: 08-000095-MT


      On order of the Chief Justice, the motion by the Michigan Chamber of Commerce for leave to file a brief amicus curiae is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2013

_____
Clerk